James Kachmar, State Bar No. 216781
**weintraub genshlea chediak**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants LINDA VENTRIGLIA and YOUNGLIGHT CORPORATION: CENTER FOR TEACHING EXCELLENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SUGERMAN, an individual, and PALMICHE PRESS, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA VENTRIGLIA, an individual, YOUNGLIGHT CORPORATION: CENTER FOR TEACHING EXCELLENCE, a California corporation; and DOES 1-25,<br><br>    Defendants. | Case No.: 2:10-CV-00649-LKK-KJM<br><br>STIPULATION AND ORDER RE: MODIFICATION OF ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE TO CONTINUE STATUS CONFERENCE AND EXTEND TIME TO FILE JOINT STATUS REPORT<br><br>Complaint Filed:   March 18, 2010 |

Plaintiffs ADAM SUGERMAN and PALMICHE PRESS, INC. ("Plaintiffs") and defendants LINDA VENTRIGLIA and YOUNGLIGHT CORPORATION: CENTER FOR TEACHING EXCELLENCE ("Defendants"), by and through their counsel of record, hereby submit the following stipulation and proposed order to modify the Court's "Order Setting Status (Pretrial Scheduling) Conference" (Dckt. # 4) to continue the status conference, currently scheduled for May 24, 2010, for an additional 14-days and to extend the time for the parties to file the Joint Case Report accordingly as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1  ///

2  WHEREAS, Plaintiffs filed a complaint in the above-captioned case on
3  March 18, 2010;

4  WHEREAS, waiver of service of summons were sent to Defendants on or
5  about March 23, 2010;

6  WHEREAS, Defendants executed the waiver of service of summons on or
7  about April 23, 2010 and Defendants' response to complaint is due May 24, 2010;

8  WHEREAS, on March 19, 2010, the Court issued its Order Setting Status
9  (Pretrial Scheduling) Conference (Dckt. # 4) wherein the Court ordered that a
10 status (pretrial scheduling) conference in this matter be scheduled for May 24,
11 2010 (p. 1) and ordered the parties to file a Joint Status Report "no later than
12 fourteen (14) days prior to the scheduling conference." (P. 2);

13 WHEREAS, Defendants' counsel is getting married on May 1, 2010 and has a
14 prepaid honeymoon out of the country from May 3-15, 2010.

15 THEREFORE, Plaintiffs and Defendants, by and through their counsel of
16 record, hereby stipulate that the Order Setting Status (Pretrial Scheduling)
17 Conference should be modified as follows:

18 1.  The status (pretrial scheduling) conference, scheduled for May 24,
19 2010 is rescheduled for June 7, 2010, at 3:30 p.m.; and

20 2.  The Parties will submit a Joint Status Report no later than 14 days
21 before the new date for the status (pretrial scheduling) conference.

22 IT IS SO STIPULATED.

23 Dated: April 29, 2010         HARVEY SISKIND LLP

24

25           By:      /s/ - Seth I. Appel
                         Seth I. Appel

26           Attorneys for Plaintiffs ADAM
             SUGERMAN and PALMICHE PRESS,
27           INC.

28

weintraub genshlea chediak
LAW CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 29, 2010

WEINTRAUB GENSHLEA CHEDIAK
Law Corporation

By: _____/s/ - James Kachmar_____
   James Kachmar

Attorneys for Defendants LINDA VENTRIGLIA, YOUNGLIGHT CORPORATION: CENTER FOR TEACHING EXCELLENCE

ORDER

IT IS SO ORDERED.

Dated:  April 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT